# U.S. DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

SALBA CORP., N.A., a Canadian corporation,
SALBA SMART NATURALS PRODUCTS,
a Colorado limited liability company,
WILLIAM A. RALSTON, and
RICHARD L. RALSTON

    Plaintiffs

v.

X FACTOR HOLDINGS, LLC,
an inactive Florida limited liability company,
ANCIENT NATURALS, LLC,
a Florida limited liability company,
MITCHELL A. PROPSTER,
a resident of the State of Florida,
CORE NATURALS, LLC,
a Florida limited liability company, and
NATURAL GUIDANCE, LLC,
a Florida limited liability company,

    Defendants.
_____/

Case No.: 6:15-mc-00073-CEM-KRS

## PLAINTIFFS' CERTIFICATE OF MAILING
## GARNISHMENT DOCUMENTS

Plaintiffs, Salba Corp., N.A., Salba Smart Naturals Products, William A. Ralston and Richard L. Ralston (collectively, "Salba"), in compliance with Section 77.041(2), Florida Statutes, hereby certify that copies of the (i) Motion for Writ of Garnishment to BMO Harris Bank, N.A., (ii) Writ of Garnishment to BMO Harris Bank, N.A., and (iii) Notice to Defendant were mailed to Defendants, via first class mail and via Certified U.S. Mail, with Return Receipt Requested, on January 25, 2019, at the following addresses:

        X Factor Holdings, LLC
        c/o Mitchell Allen Propster
        3084 Coral Vine Lane
        Winter Park, FL 32792

        Mitchell Allen Propster
        3084 Coral Vine Lane
        Winter Park, FL 32792

        Ancient Naturals, LLC
        c/o Mitchell Allen Propster
        3084 Coral Vine Lane
        Winter Park, FL 32792

        Core Naturals, LLC
        c/o Mitchell Allen Propster
        3084 Coral Vine Lane
        Winter Park, FL 32792

        Natural Guidance, LLC
        c/o Mitchell Allen Propster
        3084 Coral Vine Lane
        Winter Park, FL 32792

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically via CM/ECF and furnished via U.S. Mail and Certified Mail on this 25th day of January, 2019 to:  X Factor Holdings, LLC, Ancient Naturals, LLC, Core Naturals, LLC, Natural Guidance, LLC, c/o Mitchell Allen Propster, 3084 Coral Vine Lane, Winter Park, FL 32792.

        /s/ Michael A. Tessitore
        MICHAEL A. TESSITORE
        Florida Bar No. 948039
        mtessitore@morankidd.com
        JASON P. DEL ROSSO
        Florida Bar No. 125379
        jdelrosso@morankidd.com
        Moran Kidd Lyons & Johnson, P.A.
        111 N. Orange Ave., Suite 900
        Orlando, Florida 32801
        407-841-4141
        407-841-4148 (fax)
        Attorneys for Plaintiffs